STATE OF NEW JERSEY v. JAMES ADDERLY.

November 17, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. SALEEM ALI.

November 17, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD GODLESKY.

November 17, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. EMELIO NIEBLA.

November 17, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN T. SCIARRA.

November 17, 1987.

Petition for certification denied.